win *W. Sims, Franklin J. Standky,* and *James P. Carey, Jr.,* for petitioner in Nos. 487 and 488. *Solicitor General Biggs* and *Mr. Stanley Reed* for petitioner in Nos. 489 and 490. *Messrs. George W. Wickersham, Elihu Root, Jr.,* and *Edward C. Bailly* for respondents.

No. 499. GREAT NORTHERN RAILWAY CO. *v.* SULLIVAN. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. R. J. Hagman* and *J. P. Plunkett* for petitioner. *Messrs. Ormie C. Lance* and *Stanley B. Houck* for respondent.

No. 342. MILLER *v.* UNITED STATES. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Wallace Miller* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Randolph C. Shaw,* and *W. Marvin Smith* for the United States.

No. 519. DOUGLAS ET AL. *v.* CUNNINGHAM ET AL. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. George P. Dike* for petitioners. *Mr. Edmund A. Whitman* for respondents.

No. 521. THE ANSALDO SAN GIORGIO I *v.* RHEINSTROM BROTHERS CO. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Homer L. Loomis* for petitioner. *Messrs. D. Roger Englar, Henry N. Longley* and *F. Herbert Prem* for respondent.